**Katie Bushman**

| | |
|---|---|
| **From:** | Jaqualin Peterson |
| **Sent:** | Tuesday, October 3, 2023 11:38 AM |
| **To:** | 'Zachary Myers' |
| **Cc:** | Katie Bushman; Todd Weiler; CiaraLin Warren; Calindy Hayden; Flor Hernandez |
| **Subject:** | RE: Jonsson v |

Zach, my apologies. I have been in the middle of a filing deadline and did not realize my response had not left my email box. The revisions look good. Please feel free to sign on my behalf and file.

## Jaqualin Friend Peterson
Assistant Utah Attorney General
Litigation Division
Employment Section Director
160 E 360 S, 6th Floor
Salt Lake City, Utah 84114-0856
Tel: **801.366.0100**
Direct Line: **801.366.0562**
Work Cell: **385.499.4627**
Email: **jfpeterson@agutah.gov**

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Zachary Myers <zachary.myers@chrisjen.com>
**Sent:** Saturday, September 30, 2023 1:35 AM
**To:** Jaqualin Peterson <jfpeterson@agutah.gov>
**Cc:** Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>; Flor Hernandez <Flor.Hernandez@chrisjen.com>
**Subject:** RE: Jonsson v

Hello Jaqualin,

I'm fine with that change.

I've attached a revised draft with your proposed change and your signature.

Please respond to confirm you approve.

Thanks,
Zach

1

**Zachary C. Myers, Esq.**
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Office: (801) 323-5000
Mobile: (801) 403-6774
Direct: (801) 524-9394
Fax: (801) 355-3472
zachary.myers@chrisjen.com



**From:** Jaqualin Peterson <jfpeterson@agutah.gov>
**Sent:** Friday, September 29, 2023 1:49 PM
**To:** Zachary Myers <zachary.myers@chrisjen.com>
**Cc:** Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>; Flor Hernandez <Flor.Hernandez@chrisjen.com>
**Subject:** RE: Jonsson v

Zach, this all looks good, except we agreed to 45 days to respond.

While I know the summons is a form and not subject to change, I believe the acceptance of service probably ought to reflect our agreement.

Are you amenable to changing the last bit of language as follows:

"Defendants shall answer or otherwise respond to the Complaint within forty-five (45) days, as agreed upon by the parties."

If so, then yes, you have my permission to for me.

## Jaqualin Friend Peterson

Assistant Utah Attorney General
Litigation Division
Employment Section Director
160 E 360 S, 6th Floor
Salt Lake City, Utah 84114-0856
Tel: **801.366.0100**
Direct Line: **801.366.0562**
Work Cell: **385.499.4627**
Email: **jfpeterson@agutah.gov**

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Zachary Myers <zachary.myers@chrisjen.com>
**Sent:** Friday, September 29, 2023 1:13 PM
**To:** Jaqualin Peterson <jfpeterson@agutah.gov>
**Cc:** Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>; Flor Hernandez <Flor.Hernandez@chrisjen.com>
**Subject:** RE: Jonsson v

Hello Jaqualin,

Please find the attached proposed Acceptance of Service, Summons, bilingual notice, and Complaint.

May I sign the Acceptance of Service electronically on your behalf?

Thanks,
Zach

**Zachary C. Myers, Esq.**
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Office: (801) 323-5000
Mobile: (801) 403-6774
Direct: (801) 524-9394
Fax: (801) 355-3472
zachary.myers@chrisjen.com


CHRISTENSEN & JENSEN

**From:** Zachary Myers
**Sent:** Friday, September 29, 2023 10:28 AM
**To:** 'Jaqualin Peterson' <jfpeterson@agutah.gov>
**Cc:** Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>; Flor Hernandez <Flor.Hernandez@chrisjen.com>
**Subject:** RE: Jonsson v

Hello Jaqualin,

Yes, of course, I am always inclined to grant reasonable requests for extensions.

I will get the acceptance of service form to you shortly. Thank you for your assistance in accomplishing service.

May the force be with you,
Zach

**Zachary C. Myers, Esq.**
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100

3

Salt Lake City, Utah 84111
Office: (801) 323-5000
Mobile: (801) 403-6774
Direct: (801) 524-9394
Fax: (801) 355-3472
zachary.myers@chrisjen.com



**From:** Jaqualin Peterson <jfpeterson@agutah.gov>
**Sent:** Friday, September 29, 2023 8:41 AM
**To:** Zachary Myers <zachary.myers@chrisjen.com>
**Cc:** Flor. <Hernandez@chrisjen.com>; Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>
**Subject:** RE: Jonsson v

Zach,

We can accept service for both Eric Stott and DHHS. Please send us the acceptance of service forms for me to sign on their behalf.

In return, would you be willing to give us a bit longer, say 45 days, to respond to the complaint?

Sincerely,

Jaqualin

## Jaqualin Friend Peterson

Assistant Utah Attorney General
Litigation Division
Employment Section Director
160 E 360 S, 6th Floor
Salt Lake City, Utah 84114-0856
Tel: **801.366.0100**
Direct Line: **801.366.0562**
Work Cell: **385.499.4627**
Email: **jfpeterson@agutah.gov**

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Zachary Myers <zachary.myers@chrisjen.com>
**Sent:** Monday, September 25, 2023 3:53 PM

**To:** Jaqualin Peterson <jfpeterson@agutah.gov>
**Cc:** Flor. <Hernandez@chrisjen.com>; Katie Bushman <kbbushman@agutah.gov>; Todd Weiler <todd.weiler@chrisjen.com>; CiaraLin Warren <ciaralin.warren@chrisjen.com>; Calindy Hayden <caly.hayden@chrisjen.com>
**Subject:** RE: Jonsson v

Hello Jaqualin,

Please find the attached Complaint that was filed today.

**Are you able to accept service on behalf of Mr. Stott and DHHS?**

Thanks,
Zach

Zachary C. Myers, Esq.
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Office: (801) 323-5000
Mobile: (801) 403-6774
Direct: (801) 524-9394
Fax: (801) 355-3472
zachary.myers@chrisjen.com


CHRISTENSEN & JENSEN