# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

October 23, 2023

Todd Weiler
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111

RE:   2:23-cv-00755-BSJ Notice of Ineligible Attorney
　　　Jonsson et al v. Office of Administrative Hearings et al Counsel for:

Dear Weiler:

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

1. Attorney has not been admitted in the U.S. District Court District of Utah.

If you do not intend to continue representing the client, it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk

*Stephanie Garcia* (signature)
By: Stephanie Garcia
Intake

---