Todd Weiler (7671)
  Todd.Weiler@chrisjen.com
Zachary C. Myers (15302)
  Zachary.Myers@chrisjen.com
CHRISTENSEN & JENSEN
257 East 200 South, Suite 1100
Salt Lake City, UT 84111-2047
Telephone: 801-323-5000
*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIE JONSSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES and ERIC STOTT,<br><br>　　　　Defendants. | **NOTICE OF PENDING SETTLEMENT**<br><br>Civil No. 2:23-cv-00755-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

The parties are ironing out details on a formal settlement agreement and expect to be filing a request for dismissal soon.

The expected settlement is the reason that Plaintiff has not contacted the District Court for a trial date, per Magistrate Judge Romero's Order.

DATED December 10, 2025.

CHRISTENSEN & JENSEN, P.C.

Zachary C. Myers
Todd D. Weiler
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was served via electronic filing to the following:

JAQUALIN FRIEND PETERSON
KATHERINE B. BUSHMAN
Assistant Utah Attorney General
SEAN D. REYES
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
jfpeterson@agutah.gov
kbbushman@agutah.gov
    sharimckee@agutah.gov
***Attorneys for Defendants***